# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1983
LT Case No. 2023-30263-CJCI

_____

D.K., a minor,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Lora S. Scott, Assistant Regional Counsel, of the Office of Criminal Conflict and Civil Regional Counsel, Casselberry, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.

November 21, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____